**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| VIKAS VIKAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:26-cv-3521-MBB |
| | ) | |
| JASON JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 21, 2026, 2026, Petitioner Vikas Vikas filed a Petition for a Writ of Habeas Corpus and a temporary restraining order. (**Doc. 1**); (**Doc. 3**). He requested his immediate release from detention. (**Doc. 1**); (**Doc. 3**). On August 24, 2026, the Court ordered Respondents to show cause why the petition should not be granted. (**Doc. 7**). On August 27, 2026, Petitioner moved the Court to dismiss this case without prejudice under Federal Rule of Civil Procedure 41(a)(2). (***Id.***). Respondents did not oppose Petitioner's motion to dismiss.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

/s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated: September 15, 2026